IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EBONY ADAMS, MICHAEL FAGIOLI, D MORELLI, JOHN RESH, BRANDON SHOCKLEY, on behalf of themselves individually and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>F&B ASSOCIATES, INC. DBA, BEST BEVERAGE CATERING, COLLECTIVE ACTION SPEEDWAY MOTORSPORTS, LLC, D.B.A. DOVER INTERNATIONAL SPEEDWAY, ALL ACES PROMOTION, STAFFING, INC.,<br><br>Defendants. | CIVIL ACTION<br>NO. 1:22-cv-01262 |

# **ORDER**

**AND NOW**, this 19th day of December 2023, the Court having reviewed and considered the parties' Motion to Approve Settlement Agreement (Doc. No. 21) and accompanying Settlement Agreement (Doc. No. 21-1), finds that the Motion (Doc. No. 21) should be **GRANTED.** Specifically, the Court finds as follows:

1. On August 1, 2023, the parties engaged in a mediation before A. Lee Parks, Esquire.

2. During the mediation, the parties, all represented by counsel, negotiated the terms of a settlement.

3. After the mediation, the parties reduced the terms of the settlement to a written, binding and fully enforceable settlement agreement (the "Settlement Agreement") (Doc. No. 21-1).

4.  The resulting Settlement Agreement is fair and reasonable and represents a valid resolution of the parties' dispute under the Fair Labor Standards Act.

It is therefore **ORDERED** this 19th day of December, 2023 that the Motion to Approve Settlement (Doc. No. 21) is **GRANTED** in its entirety.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.